# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

2011 JUL 27 A 11: 15

CV-11-HS-2693-S

Inmate Identification Number: 267423

Donald Bishop

(Enter above the full name(s) of the plaintiff(s)
in this action)

vs.

Picken's County Jail, Sheriff Dept
City Commission, Jailer's David Abston
Debra Abston, Jailer Nurse, And Jail
Doctor, Picken's Hospital

(Enter above full name(s) of the defendant(s)
in this action)

NOTICE TO FILING PARTY

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( )     No (X)

B. If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

2. Court (if Federal Court, name the district; if State Court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement   Fountain Correction Center

A. Is there a prisoner grievance procedure in this institution?
Yes ( )    No (X)

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( )    No (X)

C. If your answer is YES:

1. What steps did you take? _____

2. What was the result? _____

D. If your answer is NO, explain why not?   I did not No that I could file a prisoner grievance.

III. Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) Donald Bishop

Address Fountain Correction Center Atmore Al 36503

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Pickens County jail, Sheriff Dept

is employed as City Commission, Jailers, Nurse, Doctor

at Pickens County jail State inspector

C. Additional Defendants The Pickens County Hospital

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

This infection manifested in what would apper as similar to surpating boils on my right forearm, Right elbow and the right side of my neck. with my nose swelling to 4 times its normal size, making my breathing extremely difficult I have in my possession 5 photos of some of these boils, These boils actually ate the flesh leaving large holes in my arm and neck.

## V. RELIEF

State briefly **exactly** what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Award me #100,000 Monetary Damages due to negligence for failure to provide Adequate medical treatment for 7 Cyst like soars, Ranging from 3 inch to 5 inch diameter The Δ'S pickens County sheriff, pickens County Commission, etc and other Δ'S. The damages are sought not only for negligence but for Cruel and unusual punishment while housed in the picken county jail plaintiff was left with permanent damaging

"I declare under penalty of perjury that the foregoing is true and correct. that appear very distasteful

Executed on  7-20-11 .

Donald Bishop

Signature(s)

Exhibit 1

Dear Sir,

My name is Donald Bishop and I am currently incarcerated at the Limestone Correctional Facility in Harvest, Alabama. I am writing as to inquire as to your possible representation in a suit against Pickens County Jail. Where I was incarcerated for the years 2007-2009.

This suit would be about the level of medical care I recieved for a serious medical condition which developed in the Pickens County Jail as a pretrial detainee. This medical condition was serious enough as to leave me with several permanent scars and disfigurement.

This "infection" manifested itself in what would appear as similar to surpating boils on my right forearm, right elbow and the right side of my neck. With my nose swelling to 4 times its' normal size, making my breathing extremely difficult. I have in my possession 5 photos of some of these boils. These boils actually ate the flesh leaving large holes in me.

(1)

The treatment I recieved consisted only of Ibuprophen for inflamation and sudafed. I still have difficulty breathing through the right side of my nose. Plus the medical staff refused to even give me band-aids. There was a biopsy done at UAB but I was never told the diagnosis despite numerous attempts to get an answer from the medical staff at Pickens County Jail.

Additionally I have in my possession 22 copies of requests for treatment, citing among other things that I was having difficulty breathing. The response to some of these were incredibly callous and indifferent to cite only 2 as reading, "That if everything they had done did not help, I would just have to get used to it." This response dated 2/05/08.

Also "That since nothing they did helped, I would have to get help once I got out." This response dated 2/25/08. Eventually after a prolonged period of time this condition did clear up. However as I stated I was left with serious scarring and disfigurement.

I did try to be informative yet concise in this letter. I I would appreciate your representation in this matter.