FILED

2012 Jun-06  PM 02:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **DONALD BISHOP,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Case No.: 2:11-CV-2693-VEH-PWG** |
| | ) |
| **DR. SULLIVAN, et al,** | ) |
| | ) |
| **Defendants.** | ) |

---

## MEMORANDUM OPINION

The magistrate judge filed a Report and Recommendation on April 20, 2012, recommending that this action be dismissed with prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915(b)(1).  On May 2, 2012, Plaintiff filed a Motion For Extension Of Time To Amend Petition, doc., #12. On May 8, 2012, the magistrate entered an Order denying the Motion in that it sought to amend the complaint, but granted it in that it sought leave for extension of time to file objections to the Report and Recommendation.  On May 29, 2012, the Plaintiff filed Objections, doc. #14, to the Report and Recommendation.

Having carefully reviewed and considered the court file, including the Report and Recommendation and the Objections filed by the Plaintiff, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED**

and his recommendation is **ACCEPTED**.  Accordingly, this case is **DISMISSED WITH PREJUDICE**.  A Final Judgment will be entered.

      **DONE** this the 6th day of June, 2012.


**VIRGINIA EMERSON HOPKINS**
United States District Judge